UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**HARRA LITTLE,**

    **Plaintiff,**　　　　　　　　　　　　　**CASE NO.:  8:15-cv-00820-CEH-MAP**

v.

**HALSTED FINANCIAL SERVICES, LLC**

    **Defendants.**
_____/

**PLAINTIFF'S MOTION TO REOPEN CASE TO FILE AMENDED COMPLAINT**

Plaintiff, Harra Little ("Plaintiff" or "Little"), by and through undersigned counsel and pursuant to the Federal Rules of Civil Procedure, hereby files this Motion to Reopen the Case to File an Amended Complaint against Defendant Halsted Financial Services, LLC ("Defendant"), and as grounds therefore states as follows:

**FACTUAL BACKGROUND**

1.    Plaintiff brought suit against Defendant for violations of the Fair Debt Collection Practices Act ("FDCPA"), the Florida Consumer Collection Protection Act ("FCCPA"), and the Telephone Consumer Protection Act ("TCPA") on April 6, 2015.  Doc. 1.

2.    Defendant failed to file a responsive pleading or motion within the time specified by Federal Rule of Civil Procedure 12(a).

3.    On May 16, 2015, Plaintiff filed a Motion for Entry of Clerk's Default against Defendant.  Doc. 6.

1

4.  The Clerk's Default was entered on May 18, 2015.  Doc. 8.

5.  Plaintiff filed a Motion for Default Judgment on June 12, 2015.  Doc. 9.

6.  On December 1, 2015, the Court entered an Order granting in part and denying in part Plaintiff's Motion for Default Judgment.  Doc. 11.

7.  The Court entered judgment on Plaintiff's claims under the TCPA and order the Clerk to enter a judgment in the amount of $1,500.  *Id*.

8.  With respect to Plaintiff's claims under the FDCPA and FCCPA, the Court found that the Complaint did not sufficiently allege that the debt at issue was a "debt" as defined by the FDCPA and FCCPA.  Doc. 11, pp. 3-4.

9.  Thereafter, the case was administratively closed.

10.  Plaintiff now moves to re-open the case to allow Plaintiff to file an Amended Complaint.  The purpose of that proposed Amended Complaint is to sufficiently allege that the debt at issue meets the statutory criteria of the FDCPA and FCCPA.  The proposed Amended Complaint will not re-assert claims under the TCPA, on which the Court has already entered a judgment.  Further, a copy of the Amended Complaint will again be served on Defendant Halsted Financial Services, LLC, giving that entity another chance to participate in the litigation.

## MEMORANDUM OF LAW

Pursuant to Federal Rule of Civil Procedure 60(b), "On motion and just terms, the court may relieve a party or its legal representative from a final judgment, order, or proceeding . . ." A "motion under Rule 60(b) must be made within a reasonable time . . ." Fed. R. Civ. P. 60(c)(1). Here, Plaintiff respectfully requests that the case be reopened so Plaintiff can address the lone deficiency set forth in the Court's December 1, 2015 order.  The Amended Complaint will not raise claims under the TCPA for which the Court has already entered judgment.  By doing so,

Plaintiff will also formally serve the Amended Complaint on Defendant, giving Defendant an additional opportunity to participate in this litigation on the merits. *See Wane v. Loan Corp.*, 2012 WL 6061042, at *1-2 (M.D. Fla. Dec. 6, 2012) ("[T]here is a preference that liability be decided on the merits.").

WHEREFORE, Plaintiff respectfully requests that the Court re-open the case to allow Plaintiff to file an Amended Complaint as to the FDCPA and FCCA only, and grant such further relief as the Court deems necessary and proper.

Dated: March 2, 2016          Respectfully Submitted,

**CENTRONE & SHRADER, LLC**
612 W. Bay Street
Tampa, Florida 33606
Phone: (813) 360-1529
Fax:    (813) 336-0832

/s/ Gus M. Centrone
_____
**GUS M. CENTRONE, ESQ.**
Florida Bar No. 30151
e-mail: gcentrone@centroneshrader.com
**BRIAN L. SHRADER, ESQ.**
Florida Bar No. 57251
e-mail: bshrader@centroneshrader.com
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 2, 2016, I presented a true and correct copy of the foregoing to the Clerk of the United States District Court for the Middle District of Florida, Tampa Division, for filing and uploading to the CM/ECF system.

 /s/ Gus M. Centrone_____
Attorney